Weinke v Asbestos Corp., Ltd.
2026 NY Slip Op 03618
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

VICTORIA H. WEINKE AND RICHARD L. CARLSON, CO-EXECUTORS OF THE ESTATE OF THOMAS L. CARLSON, DECEASED, PLAINTIFFS,
v
ASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 1.) -- MERLE C. CHAPIN AND IRENE CHAPIN, HIS SPOUSE, PLAINTIFFS, ASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 2.) -- ARLENE M. DIERMYER, ADMINISTRATOR OF THE ESTATE OF JAMES R. DIERMYER, SR., DECEASED AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF JAMES R. DIERMYER, SR., PLAINTIFF, ASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 3.) -- NANCY A. MATIKOSH, EXECUTOR OF THE ESTATE OF SAMUEL MATIKOSH, JR., DECEASED, AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF SAMUEL MAKITOSH, JR., PLAINTIFF, ASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 4.) -- NANCY M. MUIR, AS EXECUTOR OF THE ESTATE OF JOSEPH L. MUIR, DECEASED, PLAINTIFF-RESPONDENT, AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL., DEFENDANTS. (ACTION NO. 5.) -- KENNETH C. ZUHR AND CAROL ANN ZUHR, HIS SPOUSE, PLAINTIFFS, ASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 6.) HEDMAN RESOURCES LIMITED, DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NO. (112/26) CA 24-01456.
Present: Bannister, J.P., Montour, Nowak, And Delconte, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.